THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PIERCE JOHNSON, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGRATH, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.—

Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur; Christ, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH ALLEN WOLFSON, Relator, v. WARDEN OF RAYMOND STREET JAIL, BROOKLYN, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUFUS WARE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

David M. Kahn, Esq., 175 Main Street, White Plains, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK ZIZZO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

Edward J. Murtaugh, Esq., 25 Market Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

CHARLES P. RUSSO, Respondent, v. MICHAEL FRISCIA, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.